Professional Process Servers

250 E Wisconsin Ave, 18th Floor

Milwaukee, Wisconsin 53202

INVOICE NO. 106969

United States District Court for the Eastern District of Wisconsin

## Declaration of Personal Service on Corporation or Limited Liability Company

**Client:** *The Previant Law Firm, S.C.*

**Case Name:** Cara Callies     Vs     Fiserv, Inc
**Case Number:** 24-cv-1264

**Documents to be Served:**

Summons in a Civil Action, Complaint, Disclosure Statement, Consent to Proceed before a Magistrate Judge

| | |
|---|---|
| **Corporation or LLC Served:** | FISERV, INC. c/o CORPORATION SERVICE COMPANY, Registered Agent |
| **Served person apparently in charge of office or officer, director, or managing agent name:** | Carmen Burnard, HR Specialist |
| **Address Where Served:** | 33 E Main St Ste 610, Madison, WI 53703-3095 |
| **Date and Time Served:** | 10/09/24 11:40 AM |
| **Other Pertinent Information:** | |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

I declare under penalty of false swearing under the law of Wisconsin that the foregoing is true and correct. Signed on this ___10___ day of ___Oct___, 2024 at Hartland in the state of Wisconsin

**SIGNATURE:** _____

**PROCESS SERVER'S NAME: Addison Beste**

**Fee for service: $75.00**