UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

CARA CALLIES,

      Plaintiff,

    v.                                     Case No. 24-CV-1264

FISERV INC.,

      Defendant.
_____

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**
_____

Pursuant to F.R.C.P. 41 (a)(1)(A)(i), Plaintiff Cara Callies, by and through her counsel of record, hereby provides notice of dismissal of her claims in this matter against Fiserv, Inc.

Dated this 6th day of November, 2024.

s/Jill M. Hartley_____
Jill M. Hartley (State Bar No. 1027926)
Emma M. Woods (State Bar No. 1120187)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Suite 100MW
Phone:  414-271-4500
Fax:     414-271-6308
jh@previant.com
emw@previant.com


Attorneys for Cara Callies
